**FILED**

MAY 25 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

THE UNITED STATES OF AMERICA

vs **CR 17  293**



**EMC**

### JUSTIN TYLER DOBBS

## INDICTMENT

COUNT ONE:   18 U.S.C. §§ 1030(a)(5)(A) & (c)(4)(A)(i)(I) – Transmission of a Program, Information, Code, and Command to Cause Damage to a Protected Computer

*A true bill.*

_____Karen Williams_____
*Foreperson*

Filed in open court this __25__ day of __May__ A.D. 201_7_

_____JOSEPH C. SPERO_____
UNITED STATES MAGISTRATE JUDGE
*United States Magistrate Judge*

Bail. $ __no bail arrest warrant__

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Count One: 18 U.S.C. §§ 1030(a)(5)(A) & (c)(4)(A)(i)(I) - Transmission of a Program, Information, Code, and Command to Cause Damage to a Protected Computer

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 mandatory special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
MAY 25 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───
▶ Justin Tayler Griggs

DISTRICT COURT NUMBER
CR 17 - 293 EMC

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
FBI Justin Griggs

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form    Brian J. Stretch
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Amie D. Rooney

─── DEFENDANT ───
IS NOT IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

1 | BRIAN J. STRETCH (CABN 163973)
2 | United States Attorney

FILED

MAY 25 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



CR17  293

| UNITED STATES OF AMERICA, | ) CASE NO. |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 18 U.S.C. §§ 1030(a)(5)(A) & (c)(4)(A)(i)(I) - Transmission of a Program, Information, Code, and Command to Cause Damage to a Protected Computer |
| JUSTIN TYLER DOBBS, | ) |
| Defendant. | ) SAN FRANCISCO VENUE |

## INDICTMENT

The Grand Jury charges:

### BACKGROUND

1. At all times relevant to this Indictment:

   a. SKOUT, Inc. ("Skout") was a company headquartered in San Francisco that provided online chat services to third party web sites.

   b. The computer servers of Skout were used in and affecting interstate and foreign commerce and communication and were "protected computers" pursuant to 18 U.S.C. § 1030(e)(2)(B).

   c. Defendant JUSTIN TYLER DOBBS ("DOBBS") resided in Evans, Colorado.

INDICTMENT

d. A Distributed Denial of Service ("DDoS") attack was a type of malicious computer activity where an attacker sends a large number of requests to the victim computer with the intent to render the victim computer network unable to handle legitimate network traffic. The victim computer network becomes unable to perform its intended function and legitimate users are denied the service of the computer.

2. "Bangstresser" was a Linux-based tool, created in part by defendant DOBBS, that claimed to be capable of launching 600 gigabit-per-second (Gbps) attacks, thus being able to take down some of the largest websites on the Internet.

3. "Netstresser" claimed to be a tool for use in legitimate testing procedures, but was available for purchase on the internet and sometimes used by hackers as a DDoS tool for unauthorized attacks against computer networks. The tool had several different types of attack methods and various pricing packages corresponding to the different types and lengths of attacks desired.

COUNT ONE: (18 U.S.C. § 1030(a)(5)(A), (c)(4)(A)(i)(I) - Transmission of a Program, Information, Code, and Command to Cause Damage to a Protected Computer)

4. The factual allegations at Paragraphs 1 through 3 are re-alleged as if set forth fully therein.

5. On or about July 8, 2016, through July 11, 2016, in the Northern District of California and elsewhere, the defendant,

JUSTIN TYLER DOBBS,

did knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, to wit, the defendant caused the transmission of the Bangstresser and Netstresser DDoS tools to Skout's web servers, a computer used in interstate and foreign commerce and communication, and, by such conduct caused loss to 1 or more persons during a 1-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A) & (c)(4)(A)(i)(I).

INDICTMENT

Dated:                                          A TRUE BILL.

5/25/17

*Karen Williams*
FOREPERSON

BRIAN J. STRETCH
United States Attorney

MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: _____
                        AUSA AMIE D. ROONEY

INDICTMENT